IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| LYTARIAN WEAVER, | ) | |
|---|---|---|
| Petitioner, | ) ) ) | |
| v. | ) ) | Civil Action No. 11-3055-CV-S-RED-H |
| MARTY C. ANDERSON, Warden, United States Medical Center for Federal Prisoners, | ) ) ) ) | |
| Respondent. | ) ) | |

## ORDER AND JUDGMENT

Pursuant to the governing law and in accordance with Local Rule 72.1 of the United States District Court for the Western District of Missouri, the petition herein for a writ of habeas corpus was referred to the United States Magistrate for preliminary review under the provisions of 28 U.S.C. § 636(b).

The United States Magistrate has completed his preliminary review of the petition and has submitted to the undersigned a report and recommendation that the petition be dismissed without prejudice. Counsel for petitioner filed a Motion to Withdraw. Thereafter, petitioner was granted an opportunity to file pro se exceptions to the report and recommendation.

Petitioner has had a full and fair opportunity to challenge the Magistrate's recommended findings of fact, conclusions of law, and proposed action. Petitioner has failed to state or show any facts or legal principles that would create a genuine issue of material fact or warrant correction of the legal principles applied by the Magistrate. No further proceedings will therefore be required in this case.

Therefore, after a de novo review of the report and recommendation and the files and records in this case, it is concluded that the findings of fact, conclusions of law, and proposed actions of the Magistrate are correct and should be approved. It is therefore

ORDERED that, because there are no issues presented for which relief is appropriate, counsel for petitioner's Motion to Withdraw be, and it is hereby, granted. It is further

ORDERED that petitioner be, and he is hereby, denied leave to proceed in forma pauperis; it is further

ADJUDGED that the petition herein for a writ of habeas corpus be, and it is hereby, dismissed without prejudice.

                                               /s/ Richard E. Dorr
                                               RICHARD E. DORR, JUDGE
                                               UNITED STATES DISTRICT COURT

DATED: March 16, 2011